UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RALPH'S RADIO SERVICE, INC.

V.                               Case Number:   3:02cv1268

NATIONAL GRANGE
MUTUAL INSURANCE COMPANY

NOTICE TO COUNSEL
-------------------

The above-entitled case was reported to the Court on November 3, 2003 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 3, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, November 17, 2003.

KEVIN F. ROWE, CLERK

By: *Kenneth R. Ghilardi*
Kenneth R. Ghilardi
Deputy Clerk