UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 17  2 35 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| RALPH'S RADIO SERVICE, INC.<br><br>Plaintiff,<br><br>NATIONAL GRANGE MUTUAL<br>INSURANCE COMPANY<br><br>Defendant | CIVIL ACTION NO.<br>3:02 CV 1268 (MRK)<br><br><br><br>THE PLAINTIFF DEMANDS A<br>TRIAL BY JURY<br><br>November 11, 2003 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 F.R.C.P., the parties hereby agree that the plaintiff, Ralph's Radio Service, Inc. shall dismissed with prejudice and without costs to any party its action against the defendant, National Grange Mutual Insurance Company.

PLAINTIFF:

By: _____
Kevin A. Coles, ct04350
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06824
(203) 319-0800 Phone
(203) 319-1210 Fax

DEFENDANT(S):

By: _____
Justin Donnelly, ct
Law Offices of Stuart Blackburn
Two Concorde Way
PO Box 608
Windsor Locks, CT 06096
(860) 292-1116